# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TAYLOR SULLIVAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:19-cv-01259-STA-jay |
| ) | |
| **PANTHER PETROLEUM, LLC and** ) | |
| **O'REILLY AUTOMOTIVE STORES, INC.** ) | |
| **d/b/a O'REILLY AUTO PARTS** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING DEFENDANT O'REILLY AUTOMOTIVE STORES, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER

Before the Court is Defendant O'Reilly Automotive Stores, Inc. d/b/a O'Reilly Auto Parts' ("O'Reilly") Motion for an Extension of Time.  For good cause shown, the Motion is **GRANTED**.  Accordingly, O'Reilly shall have up to and including January 21, 2020, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

                                                    **s/ S. Thomas Anderson**
                                                    S. THOMAS ANDERSON
                                                    CHIEF UNITED STATES DISTRICT JUDGE

                                                    Date:  December 11, 2019